IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| MAXCHIEF INVESTMENTS LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| | ) | JURY TRIAL REQUESTED |
| WOK & PAN, IND., INC., | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF CORPORATE INTEREST

I, the undersigned, counsel of record for Maxchief Investments Limited, certify to the best of my knowledge and belief:

__X__    My client has no corporate interests to be identified under Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4.

_____    My client has the following parent corporation(s):

_____    The following publicly held corporation(s) own 10% or more of my client's stock:

1

June 1, 2015                                      Respectfully submitted,

<div style="margin-left: 40%;">
s/Michael J. Bradford
LUEDEKA NEELY GROUP, P.C.
Mark P. Crockett
TN BPR No. 19,352
Michael J. Bradford
TN BPR No. 22,689
P.O. Box 1871
Knoxville, TN 37901
Telephone: 865-546-4305
Facsimile: 865-523-4478
Email: MCrockett@Luedeka.com
Email: MBradford@Luedeka.com

*Attorneys for Maxchief Investments Limited*
</div>